DO\# 9-5-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Angel Antonio Bejarano Rocha,<br>a.k.a.: Angel Antonio Bejarano-Rocha,<br>a.k.a.: Angel Bejarano Rocha,<br>a.k.a.: Angel Bejarano,<br>(A201 288 467)<br>_Defendant_ | Case No. 17-8377MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 26, 2012, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Angel Antonio Bejarano Rocha, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 24, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Ryan Powell

☒ Continued on the attached sheet.

_Complainant's signature_

Steven T. Case,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: September 6, 2017

_Judge's signature_

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 26, 2012, Angel Antonio Bejarano Rocha was booked into the Maricopa County Jail (MCJ) intake facility by the Maricopa County Sheriff's Office, on local charges. While incarcerated at the MCJ, Bejarano Rocha was examined by ICE Agent A. Donaldson who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 5, 2017, Bejarano Rocha was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Bejarano Rocha was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Angel Antonio Bejarano Rocha to be a citizen of Mexico and a previously deported criminal alien. Bejarano Rocha was removed from the United States to Mexico through Nogales, Arizona, on or about August 24, 2012,

1

pursuant to an order of removal issued by an immigration judge. There is no record of Bejarano Rocha in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Bejarano Rocha's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Angel Antonio Bejarano Rocha was convicted of Solicitation to Commit Sale of Dangerous Drugs, a felony offense, on July 1, 2011, in the Superior Court of Arizona, Maricopa County. Bejarano Rocha was sentenced to two and one half (2.5) years' incarceration. Bejarano Rocha's criminal history was matched to him by electronic fingerprint comparison.

5. On September 5, 2017, Angel Antonio Bejarano Rocha was advised of his constitutional rights. Bejarano Rocha freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 26, 2012, Angel Antonio Bejarano Rocha, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 24, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 6th day of September, 2017.

_____
John Z. Boyle,
United States Magistrate Judge